SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
cm@SoCalEAG.com

Attorneys for Plaintiff,
LAMAR MYERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS,<br><br>Plaintiff,<br><br>vs.<br><br>MIKE WALNUT, INC. D/B/A FANTASY CASTLE; ROMY RICHARDSON; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:24-cv-03316 FMO (BFMx)**<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff LAMAR MYERS ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: July 31, 2024                    **SO. CAL EQUAL ACCESS GROUP**

                                        _/s/ Jason J. Kim_
                                        JASON J. KIM
                                        Attorney for Plaintiff

| | | |
|---|---|---|
| 1 | DATED: July 31, 2024 | LYON LEGAL, P.C. |

By: _____*/s/ Anand Mathew*_____
        Anand Mathew,
        Attorney for Defendants

Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: _*/s/ Jason J. Kim*_____
    Jason J. Kim